No. 91–296. INSTITUTE FOR SCIENTIFIC INFORMATION, INC. *v.* GORDON & BREACH, SCIENCE PUBLISHERS, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–302. NARUMANCHI *v.* BOARD OF TRUSTEES FOR CONNECTICUT STATE UNIVERSITIES ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–303. JACKSON, UNION TRUSTEE OF MSSA–ILA PENSION PLAN AND TRUST, ET AL. *v.* STRATTON, EMPLOYER TRUSTEE OF MSSA–ILA PENSION PLAN AND TRUST, ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–306. STEELE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–307. CITRUS COUNTY, FLORIDA *v.* REDNER ET AL.; and
No. 91–316. REDNER ET AL. *v.* CITRUS COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied. Reported below: 919 F. 2d 646.

No. 91–308. McCOMISKEY ET AL. *v.* SOBA. C. A. 2d Cir. Certiorari denied.

No. 91–313. DODSON ET AL. *v.* GENERAL MOTORS CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–315. D'ONOFRIO *v.* EDWARDS, ATTORNEY GENERAL OF NEW JERSEY, ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 91–319. BILLMAN ET AL. *v.* MARYLAND DEPOSIT INSURANCE FUND CORPORATION ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 91–320. BARNES ET AL. *v.* MATLOCK. C. A. 7th Cir. Certiorari denied.

No. 91–325. SUPERIOR COURT, COUNTY OF SAN DIEGO *v.* COPLEY PRESS, INC. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 91–327. KRIVONAK *v.* MILLER. Sup. Ct. Pa. Certiorari denied.